FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

## TWELFTH COURT OF APPEALS

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
PAM ESTES

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/28/2015 2:10:26 PM
PAM ESTES
Clerk

October 27, 2015

Ms. Janet Gates
Cherokee County District Clerk
Courthouse
P. O. Drawer "C"
Rusk, TX 75785
* DELIVERED VIA E-MAIL *

**RE:** Case Number:        12-14-00297-CR
Trial Court Case Number:    19027

**Style:** Pedro Yonatan Hernandez, Jr.
v.
The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk

**F I L E D**
AT _8_ O'CLOCK _a_ M.
OCT 28 2015
JANET GATES
CLERK DISTRICT COURT
CHEROKEE COUNTY, TEXAS
BY _____ DEPUTY

C Mr. Andrew Weber (DELIVERED VIA E-MAIL)
C Mr. Forrest K. Phifer (DELIVERED VIA E-MAIL)
:

Mandate executed on _28th_ day of _October_, 2015.

Brief explanation of action taken: _Mandate scanned into system_
_and notice given to Judge_ _____ District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties
www.12thcoa.courts.state.tx.us